UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case 9:15-cv-81658-ROSENBERG/Brannon

LINDA D.H. COLVIN, an individual,

    Plaintiff,

v.

AARON'S CATERING OF WELLINGTON,
LLC, a Florida Limited Liability Company d/b/a
AARON'S CATERING OF THE PALM
BEACHES, d/b/a INTERNATIONAL
POLO CLUB CATERING and AARON
MENITOFF, an individual, JULIE LARSON
MENITOFF, an individual, and RITA
MENITOFF, an individual,
_____/

## AMENDED JOINT MOTION FOR APPROVAL OF PARTIES' SETTLEMENT AGREEMENT AND STIPULATED DISMISSAL WITH PREJUDICE

COME NOW the Parties, Plaintiff, LINDA D.H. COLVIN and Defendants, AARON'S CATERING OF WELLINGTON, LLC, a Florida Limited Liability Company d/b/a AARON'S CATERING OF THE PALM BEACHES d/b/a INTERNATIONAL POLO CLUB CATERING and AARON MENITOFF, an individual, JULIE LARSON MENITOFF, an individual, and RITA MENITOFF, an individual, by and through their respective undersigned counsel, and file this Amended Joint Motion for Approval of the Parties' Settlement Agreement and Stipulated Dismissal with Prejudice.

The parties previously filed a Motion to Approve on July 26, 2016 (D.E. 45). On August 1, 2016, the Court denied the motion and cited two issues with the settlement approval of the FLSA matter: 1) The confidentiality provision; and 2) the lack of support and breakdown for the Plaintiff's attorney fee award.

The parties now submit a revised settlement agreement removing the confidentiality language (Attached hereto as "Exhibit A") in its entirety and further submit to the court the Affidavit of Sundeep K. Mullick in support of the firm's request fee and cost award. (Attached hereto as "Exhibit B")

As such the parties now file this Amended Motion and respectfully request approval.

WHEREFORE, the said Parties respectfully request that the Court enter an Order: (1) approving the terms of the attached Settlement Agreement; (2) dismissing this action with prejudice pursuant to the Parties' stipulated settlement and dismissal; and (3) retaining jurisdiction over enforcement of the settlement.

Dated this 5th day of August 2016.

| s/Sundeep Mullick<br>SUNDEEP MULLICK, ESQ.<br>Fla. Bar No. 181759<br>Primary email: sunny@kuvinlaw.com<br>LAW OFFICE OF LOWELL J. KUVIN<br>17 E Flagler Street, Suite 233<br>Miami, Florida 33101<br>Telephone: (305) 658-6800<br>Facsimile: (305) 658-6808<br>sunny@kuvinlaw.com<br>*Attorneys for Plaintiff* | s/Cathleen Scott<br>CATHLEEN SCOTT, ESQ.<br>Florida Bar No. 135331<br>Primary e-mail:<br>csott@scottwagnerlaw.com<br>Secondary e-mail:<br>mail@scottwagnerlaw.com<br>Scott Wagner & Associates, P.A.<br>Jupiter Gardens<br>250 South Central Boulevard, Suite 104-A<br>Jupiter, FL 33458<br>Telephone: (561) 653-0008<br>Facsimile: (561) 653-0020<br>Secondary Address:101 Northpoint Pkwy<br>West Palm Beach, FL 33407<br>*Attorneys for Defendant* |