UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:15-CV-81658-ROSENBERG/BRANNON

LINDA D.H. COLVIN,

    Plaintiff,

v.

AARONS CATERING
OF WELLINGTON, LLC *et al.*,

    Defendants.

_____/

**ORDER GRANTING AMENDED JOINT MOTION
FOR APPROVAL OF PARTIES' SETTLEMENT AGREEMENT**

**THIS CAUSE** is before the Court upon the parties' Amended Joint Motion for Approval of Parties' Settlement Agreement and Stipulated Dismissal with Prejudice [DE 47]. The Court has carefully reviewed the Amended Joint Motion, and the Settlement Agreement and General Release (the "Settlement Agreement") attached thereto, and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** as follows**:**

1. The parties' Amended Joint Motion for Approval of Parties' Settlement Agreement and Stipulated Dismissal with Prejudice [DE 47] is **GRANTED**.

2. The Court hereby **APPROVES** the Settlement Agreement attached to the parties' Amended Joint Motion.

3. This case is **DISMISSED WITH PREJUDICE**.

4. The Court retains jurisdiction to enforce the parties' Settlement Agreement.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 8th day of August, 2016.

                                                 ROBIN L. ROSENBERG
Copies furnished to:                               
Counsel of Record                           UNITED STATES DISTRICT JUDGE